# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN CAPLES,<br><br>        Petitioner,<br><br>vs.<br><br>DWIGHT NEVIN, *et al.*,<br><br>        Respondents. | 2:06-cv-1094-RLH-LRL<br><br>**ORDER** |

Respondents move for a second enlargement of time to file their response to petitioner's amended petition for writ of habeas corpus (ECF No. 48), seeking until April 18, 2011, to file their Answer to the remaining grounds for relief in the petition for writ of habeas corpus. Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion for time (ECF No. 48) is **GRANTED**. The answer shall be filed on or before April 14, 2011.

Dated this   5th   day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE